UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH NICHOLS,<br><br>    Petitioner,<br><br>  v.<br><br>D. ASUNCION (WARDEN), et al.,<br><br>    Respondents<br>_____ | Case No. CV 16-5405 DSF(JC)<br><br>JUDGMENT |

  Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed without prejudice.

     8/1/16

  DATED: _____

        */s/ Dale S. Fischer*
        _____
        HONORABLE DALE S. FISCHER
        UNITED STATES DISTRICT JUDGE